No. 77–1790. DAVIS *v.* JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1809. SEDALIA-MARSHALL-BOONVILLE STAGE LINE, INC. *v.* NATIONAL MEDIATION BOARD ET AL. C. A. 8th Cir. Motions of Commuter Airline Association of America and Airline Industrial Relations Conference et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 77–1826. KAISER ALUMINUM & CHEMICAL CORP. *v.* CONSUMER PRODUCT SAFETY COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–6484. BAKER *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–6607. JOHNSON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–6953. SCHMIDT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–6709. MANSFIELD *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–72. COX *v.* FLOTA MERCANTE GRANCOLOMBIANA, S. A. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.